UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL LANCON | CIVIL ACTION |
| VERSUS | NO. 11-1899 |
| SETTOON CONSTRUCTION, INC. CPT. O.T. MOBIELY, JOHN W. STONE OIL DISTRIBUTOR, L.L.C., ABC INSURANCE CO. AND XYZ INSURANCE COMPANY | SECTION I |

## ORDER

Before the Court is a motion[1] to dismiss filed by defendant, John W. Stone Oil Distributor, L.L.C. ("Stone Oil"). Plaintiff, Michael Lancon ("Lancon"), has filed an opposition.[2] Having considered the arguments of counsel, the Court finds that plaintiff has sufficiently stated a claim for relief against Stone Oil based on its alleged failure to provide a reasonably safe dock. *See Florida Fuels, Inc. v. Citgo Petroleum Corp.*, 6 F.3d 330 (5th Cir. 1993). Discovery will reveal the extent and nature of Stone Oil's responsibility, if any, for its alleged failure to assist Lancon in loading the five-gallon buckets and/or its alleged failure to ensure that the vessel was properly docked for loading oil.

Accordingly,

**IT IS ORDERED** that Stone Oil's motion[3] to dismiss is **DENIED** without prejudice to the right to reurge its arguments upon proper motion for summary judgment.

---

[1] R. Doc. No. 15.

[2] R. Doc. No. 17.

[3] R. Doc. No. 15.

**IT IS FURTHER ORDERED** that Stone Oil's motion[4] to dismiss Lancon's original complaint is **DISMISSED AS MOOT**.

New Orleans, Louisiana, November 7, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[4] R. Doc. No. 8.